**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bernice Lee WOODSON, also known**
**as B–Row, Defendant–Appellant.**

No. 05–30411.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Josette Louise Cassiere, Assistant U.S. Attorney, Donald E. Hathaway, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Walter Lee Perkins, Jr., Monroe, LA, Bernice Lee Woodson, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Bernice Lee Woodson has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief, Woodson's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Woodson's "Motion to Remove Counsel and to Proceed on Appeal pro se" is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.